UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ANNIE RUTH

VERSUS

BATON ROUGE AREA ALCOHOL
AND DRUG DETOX CENTER, ET AL.

CIVIL ACTION

NO. 11-514-JJB-SCR

RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated December 19, 2011 (doc. no. 7) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the plaintiff's complaint is DISMISSED pursuant to Federal Rule of Civil Procedure 4(m).

Baton Rouge, Louisiana, January 25, 2012.

_____
JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA